IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

v.                                            NO.  5:04-CR-00101-004(MTT)

**JOSH WILLIFORD**

## ORDER

On September 6, 2023, the supervised releasee appeared in court for final revocation proceedings and ADMITTED to Allegations One through Six of the Petition for Warrant or Summons for Offender Under Supervision (Doc. 246) filed June 1, 2023. The hearing was continued to allow the parties to investigate an inpatient treatment program proposed by the supervised releasee.

The parties have reported that program was investigated and determined to be unsatisfactory. However, an alternate program has been identified, investigated, and determined to be suitable.

Therefore, the Court ORDERS the Petition be held in abeyance and modifies the conditions of supervised release as follows:

> You shall participate and successfully complete the inpatient substance abuse treatment program at Next Step Recovery Ministries in Macon, Georgia. You shall follow all rules and regulations while in the program.

The Court ORDERS you shall remain in custody of the U.S. Marshals until such time as bed space comes available at the program and your transfer can be arranged.

SO ORDERED this ___31___ day of ___October___, 2023.


MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE


Prepared by: JAF